IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-cv-84-BO

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA, et al., ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | ORDER |
| ) | | |
| BERNARD M. RAHSAAN BEY, ) | | |
| Defendant. ) | | |

This cause comes before the Court on plaintiffs' failure to respond to the Court's Notice of Deficiency. On March 10, 2020, the Court directed plaintiffs to cure numerous deficiencies in their filings within fourteen days. [DE 2]. Plaintiffs have not responded and have not otherwise prosecuted this action.

Rule 41(b) of the Federal Rules of Civil Procedure authorizes the Court to dismiss an action with prejudice for failure to prosecute, as the power to do so "has generally been considered an inherent power, governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (quotation omitted). As plaintiffs have failed to prosecute this action or demonstrate good cause for their failure to do so, plaintiffs' complaint is hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this _2_ day of April, 2020.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE